AO 458 (Rev. 10/95 - Rev. D. MA 2/07)   Appearance - Criminal

# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | APPEARANCE |
|---|---|
| V. | |
| DONALD SALZBERG | Case Number: 22-CR-10122 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DONALD SALZBERG

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

☐ CJA Appointment
☐ Federal Public Defender
☑ Retained
☐ Pro Bono

7/11/2022
Date

*David A. DeBassio* [signature]
Signature

David A. DeBassio                                    [Pro Hac Vice]
Print Name                                            Bar Number

Hinckley, Allen & Snyder LLP, 20 Church Street, 18th Floor
Address

Hartford         CT          06103
City             State       Zip Code

(860) 331-2768              (860) 278-3802
Phone Number                Fax Number