UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:22-CR-10122-001-NMG |
| v. ) | |
| ) | |
| ) | |
| DONALD SALZBERG ) | |
| ) | |
| Defendant. | |

## THE UNITED STATES OF AMERICA'S MOTION TO UNSEAL

The United States of America, by and through its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully requests that this Court unseal the following documents filed under seal on March 4, 2025, by the United States because the Garnishees have been served with the Writs of Garnishment ordering withholding and retention of any property in which the Defendant has a substantial non-exempt interest:

1. Motion to Seal (Doc. No. 56)

2. Notice of Appearance (Doc. No. 57)

3. All documents relating to Northwestern Mutual Investment Services garnishment:

    a. Application for Writ (Doc. No. 58)

    b. Order granting Application for Writ (Doc. No. 61)

    c. Writ of Garnishment (Doc. No. 63)

    d. Clerk's Notice (Doc. No. 64)

4. All documents relating to Northwestern Mutual Life Insurance Company garnishment:

   a. Application for Writ (Doc. No. 59)

   b. Order granting Application for Writ (Doc. No. 62)

   c. Writ of Garnishment (Doc. No. 65)

   d. Clerk's Notice (Doc. No. 66)

## BACKGROUND

On May 9, 2024, this Court entered Judgment in a Criminal Case against the Defendant Donald Salzberg (hereinafter "Salzberg"). The Defendant was sentenced to pay the judgment amount of $1,337,634.00, plus interest. According to the records of the United States Attorney's Office as of March 4, 2025, the Defendant has an outstanding debt balance of $1,386,815.14.

In an effort to collect the Defendant's outstanding judgment debt, the United States filed Applications for a Writ of Garnishment *under seal*, in order to prevent the Defendant from learning of the collection activity and potentially dissipating assets prior to the service of the Writs on the Garnishees, so that funds could be turned over to the United States District Court Clerk and applied to the Defendant's outstanding judgment debt.

On March 7, 2025, the Court issued the Writs of Garnishment and the Clerk's Notices of Garnishment. On March 17, 2025, Certificates of Service were filed with regard to service of the Garnishment documents on both the Garnishee and the Defendant.

## CONCLUSION

Consequently, the United States respectfully requests that this Court unseal the documents filed *under seal* by the United States because the Garnishees have been served with the Writs of Garnishment ordering withholding and retention of any property in which the Defendant has a substantial non-exempt interest.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

LEAH B. FOLEY
United States Attorney

By: /s/ Alexandra W. Amrhein
ALEXANDRA W. AMRHEIN
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Alexandra.Amrhein@usdoj.gov

Date: March 17, 2025